**AKERMAN LLP**
ELLEN S. ROBBINS (Cal. Bar No. 298044)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: alicia.hou@akerman.com
Email: ellen.robbins@akerman.com

*Counsel for Plaintiff Emcyte Corp.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EMCYTE CORP., a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>APEX BIOLOGIX, LLC, a Utah limited liability company; XLMEDICA, INC., a Florida corporation; and ANNA STAHL, an individual,<br><br>　　　　　Defendant. | CASE NO.<br><br>Action Pending in the United States District Court for the Middle District of Florida, Fort Myers Division, No. 2:19-CV-00769-JES-NPM, Hon. John E. Steele<br><br>**DECLARATION OF ALEJANDRO J. FERNANDEZ IN SUPPORT OF PLAINTIFF EMCYTE CORP.'S UNOPPOSED MOTION TO COMPEL DEPOSITION OF SUZIE LOPEZ** |

**DECLARATION OF ALEJANDRO J. FERNANDEZ**

I, Alejandro J. Fernandez, hereby declare:

1. I am over the age of eighteen (18) and have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of Florida with the law firm of Akerman LLP, attorneys of record for Plaintiff Emcyte Corp. ("Plaintiff").

3. I initiated suit in this matter by filing a complaint in the Middle District of Florida on October 23, 2019. Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiff's operative Second Amended Complaint.

4. The parties have already incurred significant delays in discovery in the above-captioned matter. Attached hereto as **Exhibits B and C** are true and accurate copies of illustrative motions to compel Plaintiff filed in the underlying matter on September 18, 2020 and August 28, 2020, respectively.

5. The Middle District of Florida has addressed at least eight discovery related motions and has heard extensive oral arguments from the parties. As a result, it is extremely familiar with the background of the parties and Defendants' efforts to avoid discovery. Attached hereto as **Exhibit F** is a true and accurate copy of that Court's Order of March 31, 2021, *Emcyte Corp. v. XLMedica, Inc.*, *et al.*, Case No. 2:19-cv-769-JES-NPM, ECF 107.

6. Currently pending before the Middle District of Florida is a motion to toll discovery deadlines in connection with certain specific counterclaims. Attached hereto as **Exhibit G** is a true and accurate copy of Defendants' Motion to Toll Discovery Deadlines, *Emcyte Corp.*, Case No. 2:19-cv-769-JES-NPM, ECF 126.

7. Susie Lopez is a crucial witness in the underlying action because, according to Defendants, she was responsible, among other things, for the selection and use of the marks Plaintiff alleges were wrongfully infringed. *See* **Exhibit E** at 5:20-6:1; *see infra* ¶ 12.

8. In a good faith effort to move discovery in this matter forward, and after multiple unsuccessful attempts between the parties to confer regarding Ms. Lopez's availability for deposition, I caused to be served upon Ms. Lopez a subpoena *duces tecum* compelling both her appearance for deposition and her production of certain relevant documents in the above-captioned matter on September 21, 2021. Attached hereto as **Exhibit D** is a true and accurate copy of the subpoena *duces tecum* served upon Ms. Lopez.

9. I certify that the form and contents of the subpoena *duces tecum* at **Exhibit D** comply with the requirements of Fed. R. Civ. P. 45(a)(1)(A). Specifically, the subpoena states the court from which it is issued, states the title and case number of the underlying action, and commands Ms. Lopez to appear for deposition and produce documents at a specified time and place. *See* **Exhibit D**; Fed. R. Civ. P. (a)(1)(A).

10. The subpoena was served on Brian A. Williamson and Michael J. Smukin of Callagy Law who, at the time of service, represented Ms. Lopez and accepted service on behalf of Ms. Lopez. *See* **Exhibit D**.

11. Plaintiff and Ms. Lopez, via counsel, agreed upon an initial deposition and production date of October 7, 2021.

12. I attended Ms. Lopez's deposition on the morning of October 7, 2021, along with Brian Williamson, videographer Andrew Smith, and reporter Mary Collins. Attached hereto as **Exhibit E** is a true and accurate copy of the transcript of those proceedings.

13. Ms. Lopez did not appear at her scheduled October 7, 2021. *See* **Exhibit E**.

14. Mr. Williamson represented on the record that it was his understanding Ms. Lopez did not appear because she was "currently tending to her daughter who recently had fairly significant surgery." *See* **Exhibit E** at 11:9-11. No alternate deposition dates have since been provided.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

15. Mr. Williamson has stated that the Defendants in this matter would not oppose any motion by Plaintiff to compel Ms. Lopez's attendance at a deposition, contingent upon Plaintiff's agreement to work to accommodate Ms. Lopez's schedule and the needs of her daughter. *Id.* at 11:18-12:1.

16. In light of the foregoing, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Compel Deposition of Susie Lopez.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I executed this Declaration on the 1st day of November, 2021, in Tampa, Florida.

                                         */s/ Alejandro J. Fernandez*
                                         Alejandro J. Fernandez

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 601 W. Fifth Street, Suite 300, Los Angeles, CA 90071.

    On **November 2, 2021,** I served the following document(s) described as:

**DECLARATION OF ALEJANDRO J. FERNANDEZ IN SUPPORT OF PLAINTIFF EMCYTE CORP.'S UNOPPOSED MOTION TO COMPEL DEPOSITION OF SUZIE LOPEZ**

on the persons below as follows:

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

| | |
|---|---|
| Susie Lopez<br>806 E. Canon Perdido St., Apt. 1<br>Santa Barbara, CA 93103<br>Telephone: 805-689-9608 | Witness |

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (213) 627-6342. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒ **BY ELECTRONIC SERVICE**: Complying with Code of Civil Procedure § 1010.6, I caused such document(s) to be electronically served on the party identified and no error was received when transmitted. My electronic business address is annie.tualla@akerman.com.

| | |
|---|---|
| Michael J. Smikun, Esq.<br>Brian A. Williamson, Esq.<br>Jeffrey L. Greyber, Esq.<br>Callagy Law, P.C.<br>1900 N.W. Corporate Blvd., Ste. 310W<br>Boca Raton, FL 41103<br>Telephone: 561-405-7966<br>msmikun@callagylaw.com<br>bwilliamson@callagylaw.com<br>jgreyber@callagylaw.com | Counsel For Defendants<br>Anna Stahl and XLMedica, LLC |

1

**DECLARATION OF ALEJANDRO J. FERNANDEZ IN SUPPORT OF MOTION TO COMPEL DEPOSITION OF SUZIE LOPEZ**

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **(CM/ECF Electronic Filing):** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☒ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **November 2, 2021**, at Los Angeles, California.

*/s/ Annie C. Tualla*
Annie C. Tualla